SULLIVAN FOREHAND, APPELLANT, *v.* WILLIAM P. COLLINS, IMPLEADED WITH A. J. MELLEN AND ANOTHER, RESPONDENTS.

*Venue — Code*, §§ 125, 126.

In this case, an application was made to change the venue from the city and county of New York, to the county of Suffolk. The defendant, Mellen, resided in the city of New York, and the defendant, Collins, who alone appeared and served an answer, resided in Suffolk county, the plaintiff and the remaining defendant being non-residents. *Held*, that the venue was properly laid; that the plaintiff had, under section 125 of the Code, the option of selecting the place of trial, as between the two defendants, and that the fact that Collins was the only defendant who appeared in the action, did not affect the question. The statute does not distinguish between those who appear and those who do not.

APPEAL from an order made at Special Term, changing the venue in the action, from the city and county of New York, to the county of Suffolk.

*John Sherwood*, for the appellant.

—— ———, for the respondent.

Opinion by BRADY, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order reversed, with costs.